IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

TERRY LEROY COLLINS,          )
                              )
        Plaintiff,            )
                              )      CIVIL ACTION NO.
        v.                    )      2:24cv468-MHT
                              )           (WO)
JOHN Q. HAMM, et al.,         )
                              )
        Defendants.           )

ORDER

As all parties have consented to the United States
Magistrate Judge's jurisdiction, *see* Attachment, it is
ORDERED that this case is reassigned to the United
States Magistrate Judge to conduct all proceedings and
order the entry of a final judgment in accordance with
28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

DONE, this the 3rd day of December, 2024.

        /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE